**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **NIKAI KHRIAD JOSEPH , Plaintiff;**

**Defendant**(s): **GLOBAL COMMUNITY COMMUNICATIONS ALLIANCE , Defendant; ESTATE OF VAN OF URANTIA aka GABRIEL OF URANTIA aka GABRIEL OF SEDONA aka PRINCE MELFAX aka TALIASVAN aka ANTHONY JOSEPH DELEVIN , Defendant; NANCY "NIÁNN" EMERSON CHASE , Defendant; TIYIENDEA DELLERBA aka STACY LEE MYSZKA , Defendant; CATHERINE "CENTRIA" LILLY , Defendant; AMADON DELLERBA , Defendant; SOULISTIC MEDICAL INSTITUTE , Defendant; AVALON UNIVERSAL ENTERPRISES, INC. d/b/a ARC ROOFING d/b/a EARTH HARMONY BUILDERS , Defendant; CAMP AVALON , Defendant; GLOBAL CHANGE MEDIA , Defendant; AVALON SLOW FOOD(S) ENTERPRISES, LLC , Defendant; GCCA ELDERS 1-X and DOES 1-X , ;**

County of Residence: Outside the State of Arizona

County of Residence: Santa Cruz

County Where Claim For Relief Arose: Santa Cruz

Plaintiff's Atty(s):

**Samantha Drum , Attorney for Plaintiff**
SINGLETON SCHREIBER
6501 Americas Pkwy #670
Albuquerque, NM 87110
(505) 515-4745

**Kristina Aiad-Toss , Attorney for Plaintiff**
SINGLETON SCHREIBER
6501 Americas Pkwy #670
Albuquerque, NM 87110
(505) 633-8012

**Brian Colón , Attorney for Plaintiff**
SINGLETON SCHREIBER
6501 Americas Pkwy #670
Albuquerque, NM 87110

**Pilar Borneo , Attorney for Plaintiff**
SINGLETON SCHREIBER
6501 Americas Pkwy #670
Albuquerque, NM 87110
(505) 807-0618

**Meagan Dove , Attorney for Plaintiff**
SINGLETON SCHREIBER
6501 Americas Pkwy #670
Albuquerque, NM 87110

**Katie Llamas , Attorney for Plaintiff**
SINGLETON SCHREIBER
6501 Americas Pkwy #670

Defendant's Atty(s):

**,**

,

Albuquerque, NM 87110

**Carol Merchasin , Attorney for Plaintiff**
MERCHASIN LAW
2300 Walnut Street #702
Philadelphia, PA 19103
(609) 666-8553

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

| | |
|---|---|
| II. Basis of Jurisdiction: | **3. Federal Question (U.S. not a party)** |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **360 Other Personal Injury** |
| VI.Cause of Action: | **18 U.S.C. §§ 1581, 1584, 1589, and 1590, and 18 U.S.C. § 1595** |
| VII. Requested in Complaint | |
| Class Action: | **No** |
| Dollar Demand: | |
| Jury Demand: | **Yes** |

VIII. This case **IS RELATED** to Case Number **4:26-CV-00369-JGZ** assigned to Judge **Hon. Jennifer G. Zipps.**

---

**Signature:** Samantha Drum

**Date:** 11/3/2026

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014